

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00183-CV

| | |
|---|---|
| IN RE A.B., Relator | § Original Proceeding |
| | § 271st District Court of Wise County, Texas |
| | § Trial Court No. CV-22-08-593 |
| | § April 29, 2024 |
| | § Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its April 16, 2024 temporary restraining order and its April 22, 2024 oral temporary injunction. Our writ will issue only if the trial court fails to comply.

It is further ordered that Real Party in Interest S.B. shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
     Justice Mike Wallach